# Exhibit D



**DR. SARAH
KERRIGAN**


**FORENSIC
TOXICOLOGIST**


9450 Pinecroft #8166
The Woodlands, TX
77387

Telephone:
713-817-2229

Chelsea E. Averill
BrownSims
1177 West Loop South, Tenth Floor
Houston, TX 77027

January 14, 2020

Re: Stephens vs. Group 1 Automotive Inc. & ABC Repair Corp.

Dear Ms. Averill,

I have completed my review of the documents provided by your office in the above mentioned case. These include the following:

- Texas Peace Officer's Crash Report
- Deposition of Kendrea Stephens
- Legacy Pain Associates records
- CVS and Walgreens pharmacy records
- Plaintiff's original complaint for damages

The opinions in this report are based on my review of these documents, and I reserve the right to change those opinions should additional information become available. A current copy of my curriculum vitae is attached.

The Texas Peace Officer's Crash report indicates that on September 5, 2018 Kendrea Cortes Stephens was involved in a single vehicle accident at 9:30 AM in Harris County, TX. Records indicate that while turning right into a parking lot, the vehicle struck a pole (gate). Ms. Stephens sustained serious injuries and was transported by ambulance to hospital. She underwent reconstructive facial surgery in December 2018 and continues to receive treatment for facial and head pain. In her deposition, Ms. Stephens describes experiencing migraines, vertigo, tingling, numbness, memory loss, and other symptoms. In her deposition, Stephens testified that she takes "several medications" that cause her to be "drowsy" and experience "side effects", including bouts of dizziness. She indicates that her prescription drugs include [7.5 mg] hydrocodone (5/day), [50 mg], Topamax (4/day) and [300 mg] gabapentin (3/day).

Prescription drug records indicate that Ms. Stephens has received hydrocodone for pain since September 2018. As part of her ongoing pain management, she is subject to urine drug analysis for compliance purposes.



**DR. SARAH
KERRIGAN**


**FORENSIC
TOXICOLOGIST**


9450 Pinecroft #8166
The Woodlands, TX
77387

Telephone:
713-817-2229

Hydrocodone is a narcotic analgesic drug that is prescribed for the treatment of moderate to severe pain in doses of 5-10 mg every 4-6 hours, typically not to exceed 45 mg per day. This is consistent with records provided that indicate Ms. Stephens had been prescribed 7.5 mg hydrocodone up to six times a day (45 mg total). Side effects of hydrocodone can include somnolence and central nervous system depressant effects. This may include tiredness, weakness, mental clouding and dizziness.

Gabapentin is an anticonvulsant (used to treat seizures) and is also used as an adjunctive therapeutic agent for pain. It is administered in daily (divided) doses of 300-1800 mg. Gabapentin is also capable of producing somnolence, weakness, dizziness, ataxia and fatigue. Topiramate (Topamax) is prescribed for the treatment of seizures, migraine headaches, psychiatric disorders and neuropathic pain. Side effects of this drug may include drowsiness, dizziness, numbness, tingling in the hands or feet, memory problems and difficulty concentrating.

Although it is not possible to determine the exact etiology of the symptoms described by Stephens, it is well-established that the side effects associated with these prescribed medications may be *additive*. Therefore, the potential for drowsiness, dizziness and memory effects described by Stephens may be increased.

Sincerely,

Sarah Kerrigan, Ph.D.

# SARAH KERRIGAN PH.D.
## FORENSIC TOXICOLOGIST

---

**EDUCATION**

PH.D. CHEMISTRY. - "Immunochemical Detection of LSD using a Photochemically Linked Immunogen." The University of British Columbia, Vancouver, Canada, 1997, First Class.

B.Sc. Hons. Chemistry with Analytical Chemistry and Toxicology. The University of Hull, England, 1992, First Class.

**EMPLOYMENT**

CHAIR, DEPARTMENT OF FORENSIC SCIENCE (2013-present)
College of Criminal Justice, Sam Houston State University, Huntsville, TX.

DIRECTOR, INSTITUTE FOR FORENSIC RESEARCH, TRAINING AND INNOVATION (2014-present)
College of Criminal Justice, Sam Houston State University, Huntsville, TX.

DIRECTOR, FORENSIC SCIENCE PROGRAM (2006-2013)
College of Criminal Justice, Sam Houston State University, Huntsville, TX.

LABORATORY DIRECTOR, REGIONAL CRIME LABORATORY (2009-2012)
Sam Houston State University, The Woodlands, TX.

PROFESSOR OF FORENSIC SCIENCE (2009-present)
College of Criminal Justice, Sam Houston State University, Huntsville, TX.

ASSOCIATE PROFESSOR OF FORENSIC SCIENCE (2006-2009)
College of Criminal Justice, Sam Houston State University, Huntsville, TX.

INDEPENDENT FORENSIC TOXICOLOGY CONSULTANT (2004-present).

BUREAU CHIEF, TOXICOLOGY (2001-2004).
New Mexico Department of Health, Scientific Laboratory Division, Albuquerque, NM. Oversight of Implied Consent/Alcohol and Drug Sections of the State Laboratory. Statewide responsibility for criminal and medical investigator forensic toxicology casework in an ABFT accredited laboratory.

FORENSIC SCIENTIST – TOXICOLOGIST III / QUALITY MANAGER (1998–2001).
California Department of Justice, Bureau of Forensic Services, Toxicology Laboratory, Sacramento, CA. Forensic analysis and interpretation on criminal forensic casework in addition to QA/QC oversight in an ASCLD accredited laboratory.

RESEARCH CONSULTANT (1996-1998).
Response Biomedical Corp., Vancouver, Canada.
Research and development of quantitative immunochemical tests for diagnostic use.

RESEARCH ASSISTANT (1992-1996).
University of British Columbia, Vancouver, Canada. Department of Chemistry.

RESEARCH ASSISTANT (1990-1991).

Metropolitan Police Forensic Science Laboratory, Drugs and Toxicology Section, London, England.

RESEARCH ASSISTANT (1989).
British Petroleum (BP), Research, Specialty Products Division, Sunbury-on-Thames, England.


## PUBLICATIONS/PRESENTATIONS

## BOOKS

Barry Levine and Sarah Kerrigan.
Principles of Forensic Toxicology, 5th Ed., Springer (2020 forthcoming).

Sarah Kerrigan and Bruce A. Goldberger.
Alternative Body Fluids Analysis in Encyclopedia of Forensic and Legal Medicine, 2nd Ed. Eds. R. Byard and J Payne-James. Elsevier Science (2015).

Sarah Kerrigan and Bruce A. Goldberger. Alternative Body Fluids Analysis in Encyclopedia of Forensic and Legal Medicine, 2nd Edition. Elsevier and Academic Press, R. Byard. Ed. Academic Press (2015).

Sarah Kerrigan.
Sampling, Storage and Stability in Clarke's Analytical Forensic Toxicology, 2nd Ed. Pharmaceutical Press, London, UK. Eds. A. Negrusz and G Cooper (2013).

Sarah Kerrigan and Bruce A. Goldberger.
Opioids in Principles of Forensic Toxicology, 4th Ed., AACC Press, Washington, D.C., Ed. B. Levine (2013).

Sarah Kerrigan.
Sampling, Storage and Stability in Clarke's Analysis of Drugs and Poisons, 4th Ed. Pharmaceutical Press, London, UK. Eds. A.C. Moffat, M.D. Osselton and B. Widdop (2011).

Sarah Kerrigan and Bruce A. Goldberger.
Opioids in Principles of Forensic Toxicology, 3rd Ed., AACC Press, Washington, D.C., Ed. B. Levine (2010).

Sarah Kerrigan and Bruce A. Goldberger.
Forensic Toxicology in Forensic Nursing, Second Ed. Elsevier Mosby, St. Louis, MO. Eds. V. Lynch and J Barber Duval, (2010).

Sarah Kerrigan and Bruce A. Goldberger.
Specimens of Maternal Origin in Drug Testing in Alternate Biological Specimens, Humana Press, Totowa, NJ. Ed. A.J. Jenkins (2008).

Sarah Kerrigan.
Drug Impaired Driving Fundamentals in Medical-Legal Aspects of Abused Substances: Old and New – Licit and Illicit. Lawyers and Judges Publishing Company Inc. Tucson, AZ. Eds. M. Burns and T.E. Page (2005).

Sarah Kerrigan and Bruce A. Goldberger.

Substance Misuse – Body Fluid Analysis in Encyclopedia of Forensic and Legal Medicine. Elsevier and Academic Press, Burlington, MA. Eds. J Payne-James, R. Byard, T. Corey and C. Henderson. Elsevier Science (2005).

Sarah Kerrigan and Bruce A. Goldberger.
Forensic Toxicology in Forensic Nursing. Elsevier Mosby, St. Louis, MO. Ed. V. Lynch, (2005).

Sarah Kerrigan and Bruce A. Goldberger.
Opioids in Principles of Forensic Toxicology, 2nd Ed., AACC Press, Washington, D.C., Ed. B. Levine (2003).

Daniel J. Cobaugh and Sarah Kerrigan.
Gamma-Hydroxybutyrate in Contemporary Practice in Clinical Toxicology, AACC Press, Washington DC, Ed. L. Shaw (2001).

Sarah Kerrigan and Bruce A. Goldberger.
Drugs of Abuse: Body Fluids in Encyclopedia of Forensic Science, Academic Press, London, UK, Ed. J. Siegel (2000).

Sarah Kerrigan and Bruce A. Goldberger.
Opioids in Principles of Forensic Toxicology, AACC Press, Washington, D.C., Ed. B. Levine (2000).

## PEER REVIEWED JOURNAL ARTICLES

Britni Skillman and Sarah Kerrigan. Drug-Mediated Ion Suppression of Suvorexant and Mitigation of Interferences Using Liquid Chromatography-Quadrupole/Time of Flight Mass Spectrometry (LC-Q/TOF-MS) and Liquid Chromatography Tandem Mass Spectrometry (LC-MS/MS), under review (2019).

Britni Skillman and Sarah Kerrigan. CYP450-Mediated Metabolism of Suvorexant and Investigation of Metabolites in Forensic Case Specimens, under review (2019).

Stephanie Basiliere and Sarah Kerrigan. Identification of Metabolites and Potential Biomarkers of Kratom in Urine, Journal of Chromatography B, epub ahead of print doi.org/10.1016/j.jchromb.2020.121971 (2020).

Stephanie Basiliere and Sarah Kerrigan. CYP450-Mediated Metabolism of Mitragynine and Investigation of Metabolites in Human Urine, Journal of Analytical Toxicology, doi: 10.1093/jat/bkz108 (2019).

Stephanie Basiliere, Justin Brower, Laura Friederich, Ruth Winecker and Sarah Kerrigan. Identification of Five Mitragyna Alkaloids in Blood and Tissues using Liquid Chromatography-Quadrupole/Time of Flight Mass Spectrometry, Forensic Toxicology, accepted (2019).

Stephanie Basiliere and Sarah Kerrigan. Temperature and pH-Dependent Stability of Mitragyna Alkaloids, Journal of Analytical Toxicology, epub ahead of print https://doi.org/10.1093/jat/bkz103 (2020)

Britni Skillman and Sarah Kerrigan. Identification of Suvorexant in Blood Using LC-MS/MS: Important Considerations for Matrix Effects and Quantitative Interferences in Targeted Assays. Journal of Analytical Toxicology, epub ahead of print https://doi.org/10.1093/jat/bkz083

(2019).

Jessica Winborn and Sarah Kerrigan. Stability and Hydrolysis of Desomorphine-Glucuronide. Journal of Analytical Toxicology, 43(7) 536-542 (2019).

Jessica Winborn and Sarah Kerrigan. Quantitative Analysis of Desomorphin in Blood and Urine Using Solid Phase Extraction and Gas Chromatography-Mass Spectrometry, Journal of Chromatography B, 1106-1107, 43-49 (2019).

Madison Schackmuth and Sarah Kerrigan. Immunoassay-Based Detection of Fentanyl Analogs in Forensic Toxicology. Forensic Toxicol. 37(1), 231-237 (2019).

Jessica Winborn and Sarah Kerrigan. Analysis of Desomorphine in Urine Using Liquid Chromatography-Tandem Mass Spectrometry, Journal of Analytical Toxicology, 43(5), 340-345 (2019).

Britni Skillman and Sarah Kerrigan. Quantification of Suvorexant in Blood Using Liquid Chromatography-Quadrupole/Time of Flight (LC-Q/TOF) Mass Spectrometry. Journal of Chromatography B, 1091, 87-95 (2018).

Jessica Winborn, Donovan Haines and Sarah Kerrigan. In Vitro Metabolism of Desomorphine. Forensic Science International, 289, 140-149 (2018).

Lindsay Glicksberg, Sumandeep Rana, and Sarah Kerrigan. Cathinone Stability in Authentic Urine Specimens. Forensic Science International, 286, 54-60 (2018).

Stephanie Basiliere, Kelsie Bryand and Sarah Kerrigan. Identification of Five Mitragyna Alkaloids in Urine using Liquid Chromatography-Quadrupole/Time of Flight Mass Spectrometry. Journal of Chromatography B, 1080, 11-19 (2018).

Lindsay Glicksberg, Ruth Winecker, Caitlin Miller and Sarah Kerrigan. Postmortem Distribution and Redistribution of Synthetic Cathinones. Forensic Toxicology, 36, 291-303 (2018).

Barry K. Logan, Amanda L. D'Orazio, Amanda L.A. Mohr, Jennifer F. Limoges, Amy K. Miles, Colleen E. Scarneo, Sarah Kerrigan, Laura J. Liddicoat, Karen S. Scott and Marilyn A. Huestis. Recommendations for Toxicological Investigation of Drug-Impaired Driving and Motor Vehicle Fatalities—2017 Update. Journal of Analytical Toxicology, 42(2), 63-68 (2018).

Lindsay Glicksberg and Sarah Kerrigan. Stability of Synthetic Cathinones in Urine. Journal of Analytical Toxicology, 42(2), 77-87 (2018).

Lindsay Glicksberg and Sarah Kerrigan. Stability of Synthetic Cathinones in Blood. Journal of Analytical Toxicology, 41(9), 711-719 (2017).

Jessica Winborn and Sarah Kerrigan. Desomorphine Screening Using Commercial Enzyme-Linked Immunosorbent Assays. Journal of Analytical Toxicology, 41(5), 455-460 (2017).

Sydney Sullinger, Kelsie Bryand and Sarah Kerrigan. Identification of Suvorexant in Urine Using Liquid Chromatography-Quadrupole/Time of Flight Mass Spectrometry (LC-Q/TOF-MS). Journal of Analytical Toxicology, 41(3), 224-229 (2017).

Mariah Carson and Sarah Kerrigan. Quantification of Suvorexant in Urine Using Gas Chromatography/Mass Spectrometry, Journal of Chromatography B, 1040, 289-294 (2016).

Lindsay Glicksberg, Kelsie Bryand and Sarah Kerrigan. Identification and Quantification of Synthetic Cathinones in Blood and Urine using Liquid Chromatography-Quadrupole/Time of Flight (LC-Q/TOF) Mass Spectrometry. Journal of Chromatography B, 1035, 91-103 (2016).

Sarah Kerrigan, Megan Savage, Cassandra Cavazos and Paige Bella. Thermal Degradation of Synthetic Cathinones: Implications for Forensic Toxicology. Journal of Analytical Toxicology, 40(10), 1-11 (2016)

Sarah Kerrigan, Ashley Mullings, Breanna Jatzlau, Francisco Ortiz, Laura Perrella, Sarah Martin and Kelsie Bryand. Psychostimulants in Urine by Liquid Chromatography-Tandem Mass Spectrometry. Journal of Forensic Sciences, 59(1), 175-183 (2014).

Sarah Kerrigan, Monica Brady Mellon and Paige Hinners. Detection of Phenazepam in Impaired Driving, Journal of Analytical Toxicology, 37(8), 552-558 (2013).

Barry K. Logan, Kayla J. Lowrie, Jennifer L. Turri, Jillian Yeakel,  Jennifer F. Limoges,  Amy Miles, Colleen E. Scarneo, Sarah Kerrigan, Laurel J. Farrell.  Recommendations for Toxicological Investigation of Drug Impaired Driving and Motor Vehicle Fatalities, Journal of Analytical Toxicology, 37(8), 605-610 (2013).

Sarah Kerrigan, Stephanie Banuelos, Laura Perrella and Brittany Hardy. Simultaneous Detection of Ten Psychedelic Phenethylamines in Urine by Gas Chromatography-Mass Spectrometry. Journal of Analytical Toxicology, 35(7), 459-469 (2011).

Sarah Kerrigan, Monica Brady-Mellon, Stephanie Banuelos and Crystal Arndt. Evaluation of Commercial Enzyme Linked Immunosorbent Assays to Identify
Psychedelic Phenethylamines. Journal of Analytical Toxicology, 35(7), 444-451 (2011).

Sarah Kerrigan. The Use of Alcohol to Facilitate Sexual Assault. Forensic Science Review 22(1), 16-32 (2010).

Phillip Stout, Kelsie Simons and Sarah Kerrigan. Quantitative Analysis of Gamma-Hydroxybutyrate (GHB) at Endogenous Concentrations in Hair using Liquid Chromatography Tandem Mass Spectrometry (LC/MS/MS). Journal of Forensic Sciences, 55 (2), 531-537(2010).

Delisa Downey and Sarah Kerrigan. Quantitative Analysis of Carisoprodol and Meprobamate in Whole Blood Using Benzylcarbamate and Deuterated Meprobamate as Internal Standards. Journal of Analytical Toxicology, 33(5), 278-282 (2009).

Jessica Ayala, Kelsie Simons and Sarah Kerrigan. Quantitative Determination of Caffeine and Alcohol in Energy Drinks and the Potential to Produce Positive Transdermal Alcohol Concentrations in Human Subjects. Journal of Analytical Toxicology 33 (1), 27-33 (2009).

Laurel Farrell, Sarah Kerrigan and Barry Logan. Recommendations for Toxicological Investigation of Drug Impaired Driving, Journal of Forensic Sciences 52(5), 1-5 (2007).

Cameron Crandall, Sarah Kerrigan, Roberto L. Agüero Blau, Jonathan LaValley, Ross Zumwalt and Pat McKinney. The Influence of Site of Collection on Postmortem Morphine Concentrations in Heroin Overdose Victims, Journal of Forensic Sciences 51(2), 413-420 (2006).

Cameron Crandall, Sarah Kerrigan, Roberto L. Agüero Blau, Jonathan LaValley and Pat McKinney. The Influence of Site of Collection and Collection Methods on Postmortem Morphine Concentrations in a Porcine Model, Journal of Analytical Toxicology, 30(9), 651-658 (2006).

Sarah Kerrigan and Tania Lindsey. Fatal Caffeine Overdose: Two Case Reports, Forensic Science International: 153(1), 67-69 (2005).

Gerasimos Razatos, Ruth Luthi and Sarah Kerrigan. Evaluation of a Portable Evidential Breath Alcohol Analyzer, Forensic Science International: 153(1), 17-21 (2005).

Susan Mazarr-Proo and Sarah Kerrigan. Distribution of GHB in Tissues and Fluids Following a Fatal Overdose, Journal of Analytical Toxicology: 29(5), 985-400 (2005).

Donna Honey, Curtis Caylor, Ruth Luthi and Sarah Kerrigan. Comparative Alcohol Concentrations in Blood and Vitreous Fluid with Illustrative Case Studies, Journal of Analytical Toxicology: 29(5), 365-369 (2005).

Sarah Kerrigan, Donna Honey and Ginger Baker. Postmortem Morphine Concentrations Following Use of a Continuous Infusion Pump, Journal of Analytical Toxicology: 28(6), 529-532 (2004).

Tania Lindsey, Joseph O'Hara, Rebecca Irvine and Sarah Kerrigan. Strychnine Overdose Following Ingestion of Gopher Bait, Journal of Analytical Toxicology: 28(2), 135-137 (2004).

J Yazzie, SC Kelly, RE Zumwalt and S Kerrigan. Fatal Bupivacaine Intoxication Following Unusual Erotic Practices, Journal of Forensic Sciences: 49(2), 1-3 (2004).

Sarah Kerrigan. In Vitro Production of Gamma-Hydroxybutyrate in Antemortem Urine Samples, Journal of Analytical Toxicology: 26 (8), 571-574 (2002).

Sarah Kerrigan and William H. Phillips, Jr. Comparison of ELISAs for Opiates, Methamphetamine, Cocaine Metabolite, Benzodiazepines, Phencyclidine and Cannabinoids in Whole Blood and Urine, Clin Chem: 47, 540-547 (2001).

Sarah Kerrigan and Donald E. Brooks. Immunochemical Extraction and Detection of LSD in Whole Blood, Journal of Immunological Methods: 224, 11-18 (1999).

Sarah Kerrigan and Donald E. Brooks. Optimization and Immunological Characterization of a Photochemically Coupled Lysergic Acid Diethylamide (LSD) Immunogen, Bioconjugate Chemistry: 9, 596-603 (1998).

Sarah Kerrigan and Donald. E. Brooks. Indirect Enzyme-Linked Immunosorbent Assay for the Quantitative Estimation of Lysergic Acid Diethylamide in Urine. Clinical Chemistry: 44, (5) 985-990 (1998).

## OTHER PUBLICATIONS

Sarah Kerrigan and Lindsay Glicksberg.
Long-Term Stability of Synthetic Cathinones in Forensic Toxicology Samples. U.S. Department of Justice Technical Report, Award Number 2013-R2-CX-K006 (2017).

Sarah Kerrigan.

Improved Detection of Synthetic Cathinones in Forensic Toxicology Samples. Technical Report, U.S. Department of Justice, Award Number 2012-R2-CX-K003, 2015.

Sarah Kerrigan.
Designer Amphetamines in Forensic Toxicology Casework. Technical Report, U.S. Department of Justice, Award Number 2008-DN-BX-K126, July 2012.

Sarah Kerrigan.
Drugged Driving Update: New Publications Provide Updates on Drugged Driving, Clinical and Forensic Toxicology News, American Academy for Clinical Chemistry, Washington DC, December 2004.

Sarah Kerrigan.
Drug Toxicology for Prosecutors, American Prosecutors Research Institute, Alexandria, VA, October 2004.

Sarah Kerrigan.
Detection of Drug-Impaired Driving Can be Difficult, Clinical and Forensic Toxicology News, American Academy for Clinical Chemistry, Washington DC, March 2002.

Sarah Kerrigan and J. Valentine.
Club Drugs or Rave Drugs Offer Challenges to Laboratories, Clinical and Forensic Toxicology News, American Academy for Clinical Chemistry, Washington DC, September 2001.

Sarah Kerrigan.
GHB & Precursors: Use, Effects & Pharmacology, Clinical and Forensic Toxicology News, American Academy for Clinical Chemistry, Washington DC, March 2001.

Sarah Kerrigan.
GHB and Precursors: Management and Analysis, Clinical and Forensic Toxicology News, American Academy for Clinical Chemistry, Washington DC, June 2001.

Sarah Kerrigan.
Drug-Facilitated Sexual Assault: Fact or Fiction, Clinical and Forensic Toxicology News, American Association for Clinical Chemistry, Washington DC, September 2000.

Sarah Kerrigan.
LSD: A Mysterious and Challenging Drug, Clinical and Forensic Toxicology News, American Association for Clinical Chemistry, Washington DC, March 2000.

**CONFERENCE PROCEEDINGS/PRESENTATIONS**

Britni Skillman and Sarah Kerrigan.
Side-by-Side Comparison of LC-Q/TOF-MS and LC-MS/MS Validation Parameters for the Detection of Suvorexant in Blood. Proceedings from the Society of Forensic Toxicologists, October 2018.

Jessica Winborn, Stephanie Basiliere and Sarah Kerrigan.
Identification of Desomorphine in Urine. Proceedings from the Society of Forensic Toxicologists, October 2018.

Madison Schackmuth and Sarah Kerrigan.
Immunoassay-Based Detection of Fentanyl Analogs in Forensic Toxicology. Proceedings from the Society of Forensic Toxicologists, October 2018.

Stephanie Basiliere and Sarah Kerrigan. Phase I Metabolism of Mitragynine using In Vitro Methods. Proceedings from the Society of Forensic Toxicologists, October 2018.

Stephanie Basiliere and Sarah Kerrigan.
The Identification of Five Kratom Alkaloids Using High Resolution Mass Spectrometry. Proceedings of the American Academy of Forensic Sciences 2018, Seattle, WA.

Lindsay Glicksberg and Sarah Kerrigan.
Postmortem Tissue Distribution of Synthetic Cathinones. Proceedings of the American Academy of Forensic Sciences 2018, Seattle, WA.

Britni Skillman, Kelsie Bryand and Sarah Kerrigan.
Quantification of Suvorexant in Blood Using LC-Q/TOF-MS. Proceedings of the Society of Forensic Toxicologists, Boca Raton, FL, January 2018.

Lindsay Glicksberg and Sarah Kerrigan.
Analyte-Dependent Stability of Synthetic Cathinones. Proceedings of the Society of Forensic Toxicologists, Boca Raton, FL, January 2018.

Michael Truver and Sarah Kerrigan.
Optimized Digestion and Extraction of Endogenous Gamma Hydroxybutyrate (GHB) in Human Hair. Proceedings of the Society of Forensic Toxicologists, Boca Raton, FL, January 2018.

Jessica Winborn, Donovan Haines and Sarah Kerrigan.
Phase I Metabolism of Desomorphine. Proceedings of the Society of Forensic Toxicologists, Boca Raton, FL, January 2018.

Lindsay Glicksberg and Sarah Kerrigan.
Synthetic Cathinone Stability in Blood Using LC/Q-TOF-MS. Proceedings of the American Academy of Forensic Sciences 2017, New Orleans, LA.

Lindsay Glicksberg and Sarah Kerrigan. Synthetic Cathinone Stability in Urine Using LC/Q-TOF-MS. Proceedings of the Society of Forensic Toxicologists 2016, Dallas, TX.

Lindsay Glicksberg, Kelsie Bryand and Sarah Kerrigan.
Fragmentation Patterns and Structural Characterization of Synthetic Cathinones Using Electrospray Ionization (ESI) and High Resolution Mass Spectrometry. Proceedings of the American Academy of Forensic Sciences 2016, Las Vegas, NV.

Stephanie Basiliere, Kelsie Bryand and Sarah Kerrigan.
Fragmentation Patterns and Structural Characterization of Mitragynine Using Electrospray Ionization (ESI) and High Resolution Mass Spectrometry. Proceedings of the American Academy of Forensic Sciences 2016, Las Vegas, NV.

Lindsay Glicksberg, Kelsie Bryand and Sarah Kerrigan.
Simultaneous Identification of Twenty-Two Synthetic Cathinones in Urine Using LC/Q-TOF-MS. Proceedings of the Society of Forensic Toxicologists (2015), Atlanta, GA.

Lindsay Glicksberg, Rebecca J. Ponsini, Megan Savage, Cassandra Cavazos, Sarah Kerrigan. Identification of Synthetic Cathinones from Electron Impact Mass Spectra. Proceedings of the American Academy of Forensic Sciences 2015, Orlando, FL.

Stephanie Basiliere, Tracy Gastineau, Sarah Kerrigan.
A Validated Method for the Determination of Salvinorin A and Salvinorin B in Forensic Toxicology Samples. Proceedings of the American Academy of Forensic Sciences 2015, Orlando, FL.

Sarah Kerrigan and Paige Bella.
Stability of the Synthetic Cathinones: Implications for Forensic Toxicology.  Proceedings of the American Academy of Forensic Sciences 2014, Seattle, WA.

Sarah Kerrigan.
DUID Workflow Models, Implementing the DUID Laboratory Recommendations Workshop, Society of Forensic Toxicologists Annual Meeting (2014), Grand Rapids, MI.

Sarah Kerrigan.
Alcohol Pharmacology and Memory Effects, Ethanol-Facilitated Sexual Assault Workshop, Society of Forensic Toxicologists Annual Meeting (2013), Orlando, FL.

Paige Hinners, Monica Brady Mellon and Sarah Kerrigan.
Phenazepam Impairment: A Case Report. Proceedings of the American Academy of Forensic Sciences (2012), Washington DC.

Sarah Martin and Sarah Kerrigan.
Analysis of Psychedelic Phenethylamines in Blood by LC/MS/MS. Proceedings of the Society of Forensic Toxicologists (2012), Boston, MA.

MacKenzie Willis and Sarah Kerrigan.
Determination of Endogenous Concentrations of GHB in Human Hair by LCMSMS. Proceedings of the Society of Forensic Toxicologists (2012), Boston, MA.

Kayla Ellefsen and Sarah Kerrigan.
Detection of Beta-Keto Amphetamines in Urine by GC/MS. Proceedings of the Society of Forensic Toxicologists (2012), Boston, MA.

Lyndsi J. Ayers and Sarah Kerrigan
Quantitative Analysis of Salvinorin A (Salvia) in Blood. Proceedings of the American Academy of Forensic Sciences (2011), Chicago, IL.

Francisco Ortiz, Breanna Jatzlau, Ashley Mullings, Kelsie Bryand and, Sarah Kerrigan.
Simultaneous Detection of Psychedelic Amphetamines in Urine by LC/MS/MS. Proceedings of the American Academy of Forensic Sciences (2011), Chicago, IL.

Sarah Kerrigan.
Memory and Alcohol-Induced Blackouts (Drug Facilitated Sexual Assault), Proceedings of the Society of Forensic Toxicologists (2010), Richmond, VA.

Sarah Kerrigan.
Designer Amphetamines (Pharmacology and Toxicology of New Drugs of Abuse), Proceedings of the Society of Forensic Toxicologists (2010), Richmond, VA.

Ridhima Rao and Sarah Kerrigan.
Determination of Salvinorin A in Urine by GC/MS. California Association of Toxicologists Meeting, May 2010, Sacramento, CA.

Sarah Kerrigan.

Designer Amphetamines: Drug Use, Forensics and Law Enforcement – Detection of Psychedelic Amphetamines in Biological Samples. NIJ Conference 2009, Arlington, VA, June 2009.

Preston J. Wong, Sarah Kerrigan, Jon J. Smith, Ellen Moffatt, Ann Marie Gordon and Nikolas P. Lemos.
Muscle: An Alternative Post-Mortem Specimen for Drug Screening by Enzyme Linked Immunosorbent Assay, Proceedings of the Society of Forensic Toxicologists (2008), Phoenix, AZ.

Ayodele Collins, Joseph Monforte, Ying Cheng, Ronald Backer and Sarah Kerrigan.
A Stability Study on Ritalinic Acid in Urine, Proceedings of the American Academy of Forensic Sciences (2008), Washington DC.

Sarah Kerrigan.
Overview of Drug-Facilitated Sexual Assault, Proceedings of the Society of Forensic Toxicologists (2007), Rayleigh/Durham, NC.

Sarah Kerrigan.
Immunoassay Validation – A Practical Approach to DUID Testing, Proceedings of the Society of Forensic Toxicologists (2007), Rayleigh/Durham, NC.

Laurel Farrell, Sarah Kerrigan and Barry Logan.
Recommendations for Toxicological Investigation of Drug Impaired Driving. T2007: International Council on Alcohol, Drugs, and Traffic Safety, The International Association of Forensic Toxicologists, and the 8th Ignition Interlock Symposium (IIS), Seattle, WA, August 2007.

Rachael Malfer, Anna Leggett, Sharla McCloskey and Sarah Kerrigan.
Cocaine Impaired Driving: Evaluation of Toxicology, Driving Behavior and Impairment Symptoms in Arrested Drivers. Proceedings of the American Academy of Forensic Sciences (2007), San Antonio, TX.

Anna Leggett, Sharla McCloskey, Rachael Malfer and Sarah Kerrigan.
Driving Behavior and Impairment Symptoms in Cannabinoid Positive Subjects Arrested for Driving Under the Influence of Drugs (DUID). Proceedings of the American Academy of Forensic Sciences (2007), San Antonio, TX.

Sharla McCloskey, Anna Leggett, Rachael Malfer, and Sarah Kerrigan.
Driving Under the Influence of Methamphetamine: Comparison of Driving Behavior and Impairment Symptoms in Subjects Arrested for Driving While Intoxicated (DWI). Proceedings of the American Academy of Forensic Sciences (2007), San Antonio, TX.

Sarah Kerrigan.
Standardized Field Sobriety Tests and Drug Impaired Driving, Proceedings of the Society of Forensic Toxicologists (2006), Austin, TX.

Sarah Kerrigan.
Challenges in Drug-Facilitated Sexual Assault: The Toxicologists's Perspective, Proceedings of the Society of Forensic Toxicologists (2006), Austin, TX.

Sarah Kerrigan.
Driving Under the Influence of Drugs – Interpretive Strategies: Case Study Illustrations, Southwestern Association of Toxicologists, Houston, TX, March 2006.

Sarah Kerrigan.
Multiple Drug Intoxication in Impaired Drivers: Polypharmacy Challenges. Proceedings of the American Academy of Forensic Sciences (2006), Seattle, WA.

Susan Mazarr-Proo and Sarah Kerrigan.
Fatal GHB Intoxication following Recreational Use, Proceedings of the FBI Symposium/Society of Forensic Toxicologists/International Association of Forensic Toxicologists (2004), Washington DC.

Ginger Baker, Janice Yazzie and Sarah Kerrigan.
Unusual Tramadol Concentrations in an Accidental Death Involving Poly Drug Use, Proceedings of the FBI Symposium/Society of Forensic Toxicologists/International Association of Forensic Toxicologists (2004), Washington DC.

Sarah Kerrigan and Tania Lindsey.
Caffeine Intoxication: More than Just Cream and Sugar, Proceedings of the FBI Symposium/Society of Forensic Toxicologists/International Association of Forensic Toxicologists (2004), Washington DC.

Janice Yazzie, Ruth Luthi and Sarah Kerrigan.
Effect of Sodium Chloride on Headspace Blood Alcohol Analysis by GC-FID Proceedings of the FBI Symposium/Society of Forensic Toxicologists/International Association of Forensic Toxicologists (2004), Washington DC.

Gerasimos Razatos, Ruth Luthi and Sarah Kerrigan.
Evaluation of a Portable Evidential Breath Alcohol Analyzer, Proceedings of the FBI Symposium/Society of Forensic Toxicologists/International Association of Forensic Toxicologists (2004), Washington DC.

Sarah Kerrigan.
Strychnine Overdose: A Case Report, California Association of Toxicologists Meeting, Oakland, CA, March 2004.

Gerasimos Razatos, Curtis Caylor, Ruth Luthi and Sarah Kerrigan.
Validation of Volatile Analysis Using Dual Column GC
Proceedings of the American Academy of Forensic Sciences (2004), Dallas, TX.

Sarah Kerrigan.
Bupivacaine Overdose Following Genital Injection. California Association of Toxicologists Meeting, Culver City, CA, November 2003.

Janice Yazzie, Susan Mazarr-Proo and Sarah Kerrigan.
Analysis of Keto Opiates Using Solid Phase Extraction and Gas Chromatography Mass Spectrometry, Proceedings of the Society of Forensic Toxicologists (2003), Portland, OR.

Donna Honey, Susan Mazarr-Proo and Sarah Kerrigan.
Distribution of Cocaine and Benzoylecgonine in Postmortem Casework, Proceedings of the Society of Forensic Toxicologists (2003), Portland, OR.

Ginger Baker, Nancy Drez, Patricia McFeeley, Sean Kelly and Sarah Kerrigan.
Unusual Distribution of Methamphetamine in a Fatality, Proceedings of the Society of Forensic Toxicologists (2003), Portland, OR.

Sarah Kerrigan and Ginger Baker.
Gabapentin, A Novel Adjunctive Agent: Case Review of Twenty Postmortem Toxicology

Investigations Involving Gabapentin.
Proceedings of the American Academy of Forensic Sciences (2003), Chicago, IL.

Steven Martinez, Philip Enriquez and Sarah Kerrigan.
Drug-Impaired Driving in New Mexico: A Six-Year Retrospective Study, Proceedings of the Society of Forensic Toxicologists (2002), Dearborn, MI.

Donna Honey, Ginger Salazar, Susan Mazarr-Proo and Sarah Kerrigan.
Validation of Automated Microplate Immunoassays for Eight Drugs-of-Abuse using Postmortem and Antemortem Fluids and Tissues, Proceedings of the Society of Forensic Toxicologists (2002), Dearborn, MI.

K. Gomez, D. Lovato, J. Robb and S. Kerrigan.
Evaluation of Four Breath Alcohol Analyzers. Proceedings of the International Association of Chemical Testing (2002), TX.

Sarah Kerrigan, Gary W. Davis, and Kenji Ota.
Simultaneous Determination of Opiates, Cocaine and Benzoylecgonine in Whole Blood and Urine Samples Using Polymeric Solid Phase Extraction and Gas Chromatography/Mass Spectrometry. Proceedings of the Society of Forensic Toxicologists (2001), New Orleans.

Sarah Kerrigan.
Gamma-hydroxybutyrate: Toxicology, Interpretation and Postmortem Challenges, 28th Medicolegal Investigation of Death Forensic Science Seminar, Albuquerque, September 2001.

Sarah Kerrigan and W. H. Phillips, Jr.
Determination of Gamma-Hydroxybutyrate in Blood and Urine Using Chemical Ionization Gas Chromatography/Mass Spectrometry, Proceedings of the American Academy of Forensic Sciences (2001), Seattle, WA.

Sarah Kerrigan.
Immunoassay Cutoffs: Consensus or Variable, California Association of Toxicologists Quarterly Meeting, South San Francisco, February (2001).

Sarah Kerrigan.
Overview of GHB, Congress of Criminalists on GHB, California Criminalistics Institute, California Department of Justice, Division of Law Enforcement HQ, Sacramento, CA (2000).

Sarah Kerrigan.
Analysis of GHB, Related Analogs and Precursors, Congress of Criminalists on GHB, California Criminalistics Institute, California Department of Justice, Division of Law Enforcement HQ, Sacramento, CA (2000).

Sarah Kerrigan and William H. Phillips, Jr.
Side by Side Comparison of Microplate Enzyme Immunoassays for Opiates, Methamphetamine, Benzodiazepines, Benzoylecgonine (BE), Phencyclidine (PCP) and Marijuana in Blood and Urine, Proceedings of the Society of Forensic Toxicologists (2000), Milwaukee, WI.

Sarah Kerrigan, Joshua S. Spatola, Timothy A. Appel and William H. Phillips, Jr.
Validation of Fully Automated Microplate Enzyme Immunoassays for Opiates, Methamphetamine, Benzodiazepines, Benzoylecgonine (BE), Phencyclidine (PCP) and Marijuana in Blood and Urine, Proceedings of the Society of Forensic Toxicologists (2000), Milwaukee, WI.

Sarah Kerrigan and D. E. Brooks.
Rapid Immunoaffinity Extraction of Lysergic Acid Diethylamide (LSD) from Blood and Urine,
Proceedings of the Society of Forensic Toxicologists (1999), San Juan, Puerto Rico.

## AWARDS

ROLLA N. HARGER AWARD, AMERICAN ACADEMY OF FORENSIC SCIENCES
Awarded for outstanding contributions in forensic toxicology and advancement of the profession.

OUTSTANDING DRE PROGRAM INNOVATION
Awarded by The International Association of Chiefs of Police (IACP)/CANDID, Baltimore, MD
(2003).

IRVING SUNSHINE TOXICOLOGY AWARD
Awarded by the American Academy for Forensic Sciences in recognition of achievements (2002).

NEW MEXICO HIGHWAY AND TRANSPORTATION DEPARTMENT, TRAFFIC SAFETY BUREAU AWARD
Awarded by the Traffic Safety Bureau for Dedication, Commitment and Perseverance, Annual
Traffic Safety Summit (2002).

SOCIETY OF FORENSIC TOXICOLOGISTS PRESENTATION AWARD
Awarded by the Society of Forensic Toxicologists for a scientific presentation made at the annual
meeting in Puerto Rico (1999).

LAIRD FELLOWSHIP
Awarded by the University of British Columbia, Vancouver, Canada, for academic excellence in
research (1993 - 1997).

UNIVERSITY GRADUATE FELLOWSHIP
Awarded by the University of British Columbia, Vancouver, Canada, for academic excellence in
research (1993-1997).

B.P. CHEMICALS PRIZE
Awarded by B.P. Chemicals in the UK for outstanding academic achievement (1992).

JOHN JACKSON MEMORIAL PRIZE FOR TOXICOLOGY
Awarded by The London Toxicology Group to an outstanding toxicologist in the UK under the age
of 26 (1992).

PRYCE-JONES PRIZE
Awarded by The University of Hull for outstanding academic performance (1990).

## EDITORIAL ADVISORY BOARDS

Forensic Toxicology (Springer)
Editorial Board, 2018-present.

Journal of Forensic Sciences
Associate Editor, 2017-present.

Forensic Science Policy and Management
Editorial Board, 2015-2017.

Journal of Forensic Sciences
Editorial Advisory Board, 2009-present.

Journal of Analytical Toxicology
Editorial Advisory Board, 2003-present.

American Association for Clinical Chemistry
Chair, Clinical and Forensic Toxicology News, Editorial Advisory Board, American Academy for Clinical Chemistry, Washington, DC, 2001-2005.

American Association for Clinical Chemistry
Editorial Advisory Board, Clinical and Forensic Toxicology News, American Academy for Clinical Chemistry, Washington, DC, 1999-2000.

## PROFESSIONAL MEMBERSHIPS

Society of Forensic Toxicologists
Full Member, 1998-present.

American Academy of Forensic Sciences
Fellow, 2007-present.

American Academy of Forensic Sciences
Member, 1999-2006.

American Society of Crime Laboratory Directors
Member, 2011-2013; Academic Affiliate, 2013-present.

California Association of Toxicologists
Full Member, 1999-present.

The International Association of Forensic Toxicologists
Member, 2005–present.

American Association for Clinical Chemistry
Full Member, 1995-2006.

Royal Society of Chemistry
Member, 1992-2002.

## COMMITTEES/BOARDS/COMMISSIONS

Forensic Science Standards Board, Executive Secretary (Executive Board), Organization of Scientific Area Committees (OSAC) for Forensic Science
Elected, 2019 – present.

National Institute of Justice, Forensic Laboratory Needs Technical Working Group (FLN-TWG)
Appointee, 2018-present.

Texas Forensic Science Commission
Appointed by Governor Abbott, 2016-present.

American Academy of Forensic Sciences
Board of Directors, 2018-present.

Forensic Science Standards Board, Organization of Scientific Area Committees (OSAC) for Forensic Science
Appointee, 2014 – present.

Society of Forensic Toxicologists
Chair, Ethics Committee, 2015-2016.

American Academy of Forensic Sciences
Secretary, Toxicology Section, 2015-2016.

American Academy of Forensic Sciences
Secretary, Toxicology Section, 2014-2015.

Texas Forensic Science Commission
Vice Chair, 2012-2014.

Texas Forensic Science Commission, Hair Microscopy Review
Chair, 2013-2014.

American Academy of Forensic Sciences
Chair, Toxicology Section Program Committee, 2013-2014.

American Academy of Forensic Sciences
Continuing Education Committee, 2013-2015.

Society of Forensic Toxicologists
President, 2011.

Texas Forensic Science Commission
Chair, Forensic Development Committee, 2010-2014.

Society of Forensic Toxicologists
Vice President, 2010.

Forensic Toxicology Council
Member, 2009-2011.

National Science and Technology Council Subcommittee (NSTC) on Forensic Science, Accreditation and Certification Interagency Working Group (IWG), 2010-2012.

SWGTOX (Scientific Working Group on Toxicology)
Member, 2009-2014.

Forensic Science Education Programs Accreditation Commission
Commission Member, 2009-2011.

Texas Forensic Science Commission
Commissioner (Texas Attorney General), 2007-2014.
Commissioner (Governor), 2016-present.

Society of Forensic Toxicologists
Executive Board, Secretary, 2008-2009.

Society of Forensic Toxicologists
Board of Directors, 2006-2007.

Houston Police Department, Crime Laboratory
Stakeholder Committee, 2007-2009.

California Association of Toxicologists
Past President, 2005-2006.

California Association of Toxicologists
Chair, Bylaws, Records Review and Revision, 2005-2009.

American Academy of Forensic Sciences
Steering Committee (Toxicology Section), 2005-2008.

Institute for Behavior and Health
Drugged Driving Committee, 2011-present.

Society of Forensic Toxicologists/American Academy of Forensic Sciences
Chair, Drugs and Driving Committee, 2005-2008.

National Safety Council
Alcohol, Drugs and Impairment Division, 2005*-present.
*Formerly NSC Committee on Alcohol and Drugs.

American Academy of Forensic Sciences
Chair, Awards and Scholarship Committee (Toxicology Section), 2005-2006.

California Association of Toxicologists
President, 2004-2005.

Society of Forensic Toxicologists
Membership Committee, 2004-2005.

Society of Forensic Toxicologists/American Academy of Forensic Sciences
Drugs and Driving Committee, 2004-present.

California Association of Toxicologists
Vice President, 2003-2004.

American Academy of Forensic Sciences
Awards and Scholarship Committee (Toxicology Section), 2003-2004.

Society of Forensic Toxicologists
Chair, Education and Outreach Subcommittee, Drug-Facilitated Sexual Assault Committee, 2003-2005.

Society of Forensic Toxicologists
Continuing Education Committee, 1999-2002.

Society of Forensic Toxicologists
Drug-Facilitated Crimes Committee*, 2000-present.
Formerly: Drug-Facilitated Sexual Assault Committee

California Association of Toxicologists
Member at Large – North, 2000-2001.

California Association of Toxicologists
Board of Directors, 2000-2001; 2003-2006

## OTHER PROFESSIONAL ACTIVITIES

Workshop Chair, Liquid Chromatography for the Forensic Toxicologist, Society of Forensic Toxicologists Annual Meeting, Grand Rapids, MI, October 2014.

Workshop Chair, Designer Drug Detection in Forensic Toxicology: From Basics to Brilliant!, American Academy of Forensic Sciences Meeting, Seattle WA, February 2014.

Workshop Co-Chair, Pharmacology and Toxicology of New Drugs of Abuse: Piperazines, Tryptamines and Designer Amphetamines, Society of Forensic Toxicologists Annual Meeting, Richmond, VA, October 2010.

Workshop Co-Chair, A Practical Approach to DUID Testing, Society of Forensic Toxicologists Annual Meeting, Rayleigh/Durham, NC, October 2007.

Journal of Analytical Toxicology, Special Editor, Society of Forensic Toxicologists Special Issue, October 2007.

Workshop Co-Chair, Standardized Field Sobriety Tests: Principles and Practice, Society of Forensic Toxicologists Annual Meeting, Austin, TX October 2006.

Workshop Co-Chair, Case Studies in DUID: Numbers, Signs, Symptoms and Beyond, Society of Forensic Toxicologists Annual Meeting, Nashville, TN October 2005.

Adjunct Professor, University of New Mexico, Department of Pathology, Faculty of Medicine, 2002-2004.

Meeting Host, Interpretive Toxicology Workshop, Albuquerque, NM (May 2003) at the joint Quarterly meeting of the California Association of Toxicologists and Southwestern Association of Toxicologists.

Workshop Chair, Club Drugs and Drug-Facilitated Sexual Assault, Society of Forensic Toxicologists Annual Meeting, Dearborn, MI October 2002.

Standards, Practice, and Training for Sexual Assault Forensic Examinations Focus Group, United States Department of Justice, Violence Against Women Office, Washington DC, August 2002.

Meeting Host, The Chemistry of Derivatization, San Diego, CA (Nov 2000), co-sponsored by the Society of Forensic Toxicologists and The California Association of Toxicologists.

## TEACHING, INSTRUCTION & INVITED LECTURES

INSTRUCTOR, STATE OF TEXAS DRE RECERTIFICATION CLASS. Toxicology Update. Huntsville, TX, October, 2017.

INVITED SPEAKER, U.S. DRUG ENFORCEMENT ADMINISTRATION, FEDERAL AND STATE PHARMACEUTICAL DRUG INVESTIGATIONS AND PROSECUTIONS. Evaluating and Reporting Opioid Deaths, Houston, TX, March 2016.

INSTRUCTOR, STATE OF TEXAS DRE RECERTIFICATION CLASS. New Psychoactive Substances: Kratom. Huntsville, TX, September, 2015.

INSTRUCTOR, TEXAS EDUCATION AGENCY. Incorporation of Forensic Science into STEM. Huntsville, TX, February, 2015.

INVITED SPEAKER – TEXAS DISTRICT & COUNTY ATTORNEYS ASSOCIATION, INVESTIGATION AND PROSECUTION OF INTOXICATION MANSLAUGHTER – Forensic Toxicology: Drug Impaired Driving, Galveston, TX, April 2014.

INSTRUCTOR, PROSECUTING SEXUAL ASSAULT, UNITED STATES MARINE CORPS TRIAL COUNSEL ASSISTANCE PROGRAM. Forensic Toxicology in Sexual Assault Investigations, San Diego, CA, February, 2014.

PANELIST, TEXAS TRIBUNE TRIBFEST. Guilt and Innocence. Austin, TX, September, 2013.

INSTRUCTOR, STATE OF TEXAS DRE RECERTIFICATION CLASS. Recommendations for Toxicological Testing in Drug-Impaired Driving. Huntsville, TX, September, 2013.

INVITED SPEAKER – TEXAS CENTER FOR THE JUDICIARY, ANNUAL JUDICIAL EDUCATION CONFERENCE – Challenges to Analytical Testing in Blood Draw Cases, Houston, TX, September 2012.

INVITED SPEAKER – TEXAS CENTER FOR THE JUDICIARY, ANNUAL JUDICIAL EDUCATION CONFERENCE – Gas Chromatography-Mass Spectrometry for the Non-Scientist Judge, Houston, TX, September 2012.

INVITED SPEAKER –THE TEXAS CRIMINAL JUSTICE INTEGRITY UNIT & THE TEXAS FORENSIC SCIENCE COMMISSION JOINT CONFERENCE ON FORENSIC SCIENCE, Forensic Toxicology: Update on Trends and Challenges, Austin, TX, June 2012.

INVITED SPEAKER – TEXAS MUNICIPAL COURTS, MUNICIPAL TRAFFIC SAFETY INITIATIVES CONFERENCE – Drug Impaired Driving, Addison, TX, May 2012.

INSTRUCTOR, HIGH SCHOOL CRIMINAL JUSTICE TRAINING CONFERENCE. Huntsville, TX, January 2010, Huntsville, TX, October 2011.

INVITED SPEAKER – TEXAS DISTRICT & COUNTY ATTORNEYS ASSOCIATION, INVESTIGATING AND PROSECUTING THE DRUGGED DRIVER – Drug Impaired Driving, Huntsville, TX, August 2011.

INVITED SPEAKER – STATE BAR OF TEXAS, ADVANCED CRIMINAL LAW COURSE . Forensic Toxicology – Drug Impaired Driving, Houston, TX, July 2011.

INVITED SPEAKER – TEXAS DISTRICT & COUNTY ATTORNEYS ASSOCIATION, INTOXICATION MANSLAUGHTER COURSE. Forensic Toxicology – Drug Impaired Driving, Corpus Christi, TX, June 2011.

INVITED SPEAKER – TEXAS CENTER FOR THE JUDICIARY, DWI TECHNOLOGY CONFERENCE . CSI Courtroom – Validity of Blood Tests, Dallas, TX, May 2011.

INVITED SPEAKER –THE TEXAS CRIMINAL JUSTICE INTEGRITY UNIT, TEXAS FORENSIC SCIENCE SEMINAR, FORENSIC Toxicology, Austin, TX, October 2010.

INVITED SPEAKER - GARLAND LECTURE . Human Performance Toxicology, 30th Annual Garland Lecture, Texas A&M University, Kingsville, TX, April 2010.

INSTRUCTOR, STATE OF TEXAS DRE INSTRUCTOR RECERTIFICATION CLASS. Huntsville, TX, January 2010; Huntsville, TX, February 2009.

INSTRUCTOR, STATE OF TEXAS DRE RECERTIFICATION CLASS. Huntsville, TX, November 2009; Huntsville, TX, February 2009.

INVITED SPEAKER, TEXAS DISTRICT & COUNTY ATTORNEYS ASSOCIATION. Driving Under the Influence of Drugs, Intoxication Manslaughter Course, Galveston, TX, March 2009.

INVITED SPEAKER, EXXON-MOBIL CORPORATION, Drug Impaired Driving. Quarterly Safety Meeting Baytown, TX, November 2008.

INSTRUCTOR, STATE OF TEXAS DRE RECERTIFICATION CLASS. Toxicology Support and the DRE Program, Huntsville, TX, February 2008.

INSTRUCTOR, STATE OF TEXAS DRE RECERTIFICATION CLASS. Toxicology for DREs, Huntsville, TX, December 2007.

INVITED SPEAKER, AMERICAN BAR ASSOCIATION NATIONAL CONFERENCE OF SPECIALIZED COURT JUDGES. Toxicology: Alcohol Impaired Driving & Toxicology: Drug Impaired Driving, Indiana Traffic Court Technology Conference, Indianapolis, IN, October 2006.

INSTRUCTOR (FACULTY), NATIONAL JUDICIAL COLLEGE. Alcohol Impaired Driving, Traffic Adjudication - Administrative Law Judges, Distance Learning Project, Reno, NV, September 2006.

INSTRUCTOR (FACULTY), NATIONAL JUDICIAL COLLEGE. Alcohol and Drug Impaired Driving, DUI Primer for Judges: Impaired Driving Fundamentals, Oklahoma City, OK, July 2006.

INVITED SPEAKER, INTERNATIONAL ASSOCIATION OF CHIEFS OF POLICE, The Role of the Toxicologist: Challenges and Solutions.The12th Annual IACP Training Conference on Drugs, Alcohol and Impaired Driving, Kansas City, MO June 2006.

INVITED SPEAKER, LIFESAVERS CONFERENCE, NATIONAL CONFERENCE ON HIGHWAY SAFETY PRIORITIES.
The Role of The Toxicologist in Drug Impaired Driving, Austin, TX, April 2006.

INVITED SPEAKER, TEXAS DISTRICT & COUNTY ATTORNEYS ASSOCIATION. Alcohol-Impaired Driving, Intoxication Manslaughter Course, Austin, TX, April 2006.

INVITED SPEAKER, TEXAS DISTRICT & COUNTY ATTORNEYS ASSOCIATION. Driving Under the Influence of Drugs, Intoxication Manslaughter Course, Austin, TX, April 2006.

INSTRUCTOR, STATE OF TEXAS DRE RECERTIFICATION CLASS. Toxicology Support and the DRE Program, Law Enforcement Management Institute of Texas, Huntsville, TX, February 2006.

INSTRUCTOR, AMERICAN BAR ASSOCIATION JUDICIAL DIVISION. Alcohol Pharmacology and DUI, Traffic Court Technology Program, American Bar Association Judicial Division, National Conference of Special Court Judges, Dallas, TX, November 2005.

INSTRUCTOR, AMERICAN BAR ASSOCIATION JUDICIAL DIVISION. Drug Impaired Driving: How Other Drugs Impair Drivers, Traffic Court Technology Program, American Bar Association Judicial Division, National Conference of Special Court Judges, Dallas, TX, November 2005.

INSTRUCTOR (FACULTY), NATIONAL JUDICIAL COLLEGE. Alcohol and Drug Impaired Driving, Traffic Issues in the 21st Century, Reno, NV, June 2005.

INVITED SPEAKER, MISSOURI MUNICIPAL & ASSOCIATE CIRCUIT JUDGES ASSOCIATION ANNUAL MEETING. Drug Impaired Driving, Lake of the Ozarks, Missouri, May 2005.

INSTRUCTOR (FACULTY), NATIONAL JUDICIAL COLLEGE. Alcohol Impaired Driving, Traffic Adjudication - Administrative Law Judges, Distance Learning Project, Reno, NV, May 2005.

INSTRUCTOR, STATE OF TEXAS DRE RECERTIFICATION CLASS. Toxicology Support and the DRE Program, Texas DPS Training Academy, Houston, TX, April 2005.

INSTRUCTOR, INTERNATIONAL CONGRESS OF THERAPEUTIC DRUG MONITORING AND CLINICAL TOXICOLOGY. Recent Trends in Evidence for Driving Under the Influence, Louisville, KY, April 2005.

INSTRUCTOR, TEXAS DISTRICT & COUNTY ATTORNEYS ASSOCIATION. Intoxication Manslaughter School: Forensic Toxicology and Drug-Impaired Drivers, Kerrville, TX, April 2005.

INSTRUCTOR, UTAH ADMINISTRATIVE OFFICE OF THE COURTS/AMERICAN BAR ASSOCIATION JUDICIAL DIVISION. Traffic Court Technology in the 21st Century: Toxicology and Pharmacology of Alcohol/Toxicology and Pharmacology of Drugs, Salt Lake City, UT, February, 2005.

INSTRUCTOR, ARIZONA DEPARTMENT OF PUBLIC SAFETY, CRIME LABORATORY. Interpretive Toxicology and Drug Impaired Driving Workshop, Tempe AZ, November/December, 2004.

INSTRUCTOR (FACULTY), NATIONAL JUDICIAL COLLEGE. Alcohol and Drug Impaired Driving, DUI Primer for New Judges: Impaired Driving Case Fundamentals, Reno, NV, October 2004.

WORKSHOP INSTRUCTOR, DRUG FACILITATED SEXUAL ASSAULT. Overview of DFSA, FBI Laboratory Symposium, Washington DC, August 2004.

INSTRUCTOR (FACULTY), NATIONAL JUDICIAL COLLEGE. Alcohol and Drug Impaired Driving, Sentencing Motor Vehicle Law Offenders, Reno, NV, August 2004.

INVITED SPEAKER, NHTSA/NSC. DUID Outreach Activities: Tools and Resources for Long Term Interagency Cooperation. National Highway and Traffic Safety Administration/National Safety Council Meeting on Improving Integration of DRE, Investigative and Toxicological Evidence in DUID Prosecutions, Seattle, May 2004.

INSTRUCTOR (FACULTY), NATIONAL JUDICIAL COLLEGE. Pharmacology and Toxicology of Alcohol and Drugs, DUI Primer for Judges, Albuquerque, NM, May 2004.

INVITED SPEAKER, ALBUQUERQUE PUBLIC SCHOOLS. Overview of Drug-Related Activities, Perspectives on Reducing and Preventing Substance Abuse in Our School Communities: Uniting Local Initiatives with Effective Curricula, University of New Mexico, April 2004.

INSTRUCTOR (FACULTY), NATIONAL JUDICIAL COLLEGE. Pharmacology and Toxicology of Alcohol and Drugs, Traffic Issues in the 21st Century, Reno, NV, April 2004.

INSTRUCTOR (FACULTY), NATIONAL JUDICIAL COLLEGE. Pharmacology and Toxicology of Alcohol and Drugs, Traffic Adjudication for Administrative Law Judges, Reno, NV, February 2004.

INSTRUCTOR (FACULTY), NATIONAL JUDICIAL COLLEGE. Pharmacology and Toxicology of Alcohol and Drugs, DUI Primer for New Judges, Reno, NV, November 2003.

WORKSHOP INSTRUCTOR, PREPARATION AND PLANNING FOR LABORATORY ACCREDITATION BY THE AMERICAN BOARD OF FORENSIC TOXICOLOGY. So Just How Difficult Is It? Laboratory Director's Experience of ABFT Accreditation, Society of Forensic Toxicologists Annual Meeting, Portland, OR October 2003.

INVITED SPEAKER, NEW MEXICO JUDICIAL EDUCATION CENTER. Drug and Alcohol-Impaired Driving. Judicial Responses to Addictive Behaviors, A Satellite Broadcast by the New Mexico Judicial Education Center, University of New Mexico, Albuquerque, September 2003.

INSTRUCTOR (FACULTY), NATIONAL JUDICIAL COLLEGE. Pharmacology and Sobriety Testing, Sentencing Motor Vehicle Law Offenders, Reno, NV, August 2003.

INSTRUCTOR (FACULTY), NATIONAL JUDICIAL COLLEGE. Pharmacology and Sobriety Testing, Traffic Issues in the 21st Century, Reno, NV, May 2003.

INVITED SPEAKER, PATHOLOGY GRAND ROUNDS. Human Performance Toxicology: Is This Driver Impaired by Drugs? University of New Mexico, Department of Pathology, Faculty of Medicine, May 2003.

INVITED SPEAKER, AMERICAN PROSECUTORS RESEARCH INSTITUTE, UNDERSTANDING SEXUAL VIOLENCE. Drug-Facilitated Rape: Challenges and Solutions, Raleigh, NC, March 2003.

INVITED SPEAKER, UNIVERSITY OF FLORIDA, WILLIAM R. MAPLES CENTER FOR FORENSIC MEDICINE. Overview of Drug Impaired Driving, Gainesville, FL, February 2003.

INVITED SPEAKER, UNIVERSITY OF FLORIDA, WILLIAM R. MAPLES CENTER FOR FORENSIC MEDICINE. Alcohol Effects and Impairment, Gainesville, FL, February 2003.

INVITED SPEAKER, WASHINGTON STATE PATROL, DRE IN-SERVICE TRAINING. Driving Under the Influence of Drugs, Seattle, WA, December 2002.

INSTRUCTOR (FACULTY), NATIONAL JUDICIAL COLLEGE. Pharmacology and Sobriety Testing, DUI Primer for New Judges, Reno, NV, November 2002.

INSTRUCTOR, CALIFORNIA CRIMINALISTICS INSTITUTE
Forensic Toxicology – Basic Concepts, Sacramento, CA, August 2002.

INSTRUCTOR, CALIFORNIA CRIMINALISTICS INSTITUTE. The Effects of Drugs on Driving, Sacramento, CA, August 2002.

INSTRUCTOR, CALIFORNIA CRIMINALISTICS INSTITUTE. Drug-Facilitated Rape, Sacramento, CA, August 2002.

INVITED SPEAKER
Understanding Drug-facilitated Rape, Preventing Sexual Violence: A Cross-Sectional View of Prevention, August 2002, Albuquerque, NM.

INVITED SPEAKER
Drug-Impaired Driving, Law Enforcement Collaborative Symposium, Angel Fire, NM, July 29-30.

INVITED SPEAKER, STATE BAR OF NEW MEXICO
Drug-Facilitated Rape, Prosecuting Sexual Crimes II, State Bar of New Mexico, Albuquerque, June 2002.

INVITED SPEAKER
Effects of Alcohol and Drugs on Driving: Recognition of the Drug-Impaired Driver, Municipal Judges' Conference, Ruidoso, NM, June 2002.

INSTRUCTOR, NEW MEXICO LAW ENFORCEMENT ACADEMY. Drug-Impaired Driving, Santa Fe, NM (2001-2004).

INSTRUCTOR (FACULTY), NATIONAL JUDICIAL COLLEGE. Drug and Alcohol Driving Impairment: Pharmacology and Sobriety Testing. Traffic Issues in the 21st Century, Reno, NV, May 2001.

INSTRUCTOR, CALIFORNIA DEPARTMENT OF JUSTICE CONGRESS OF CRIMINALISTS ON GHB. California Criminalistics Institute, California Department of Justice, Division of Law Enforcement HQ, Sacramento, CA, Sept 2001.

INVITED SPEAKER
Drug-Facilitated Sexual Assault, Law Enforcement Response to Sexual and Domestic Violence, Albuquerque, September 2001.

INVITED SPEAKER, CAMLT
Instructor, Drug-Facilitated Sexual Assault and New Trends in Drug Use. J.F.K. Memorial Hospital, Indio, CA, July 2000.

INSTRUCTOR, CALIFORNIA CRIMINALISTICS INSTITUTE. Forensic Toxicology, Sacramento, CA (1999-2000).

## CONTINUING EDUCATION

Applied Statistics for the Forensic Scientist (Workshop), Society of Forensic Toxicologists Annual Meeting, Dallas, TX, October 2016.
Laboratory Lean Six Sigma (Workshop), Society of Forensic Toxicologists Annual Meeting, Dallas, TX, October 2016.
Advanced Mass Spectrometry (MS) Techniques for Forensic Analysis (Workshop), American Academy of Forensic Sciences Annual Meeting, Las Vegas, NV, February 2016.
Vaping (Workshop), American Academy of Forensic Sciences Annual Meeting, Las Vegas, NV, February 2016.
Statistical Methods for Forensic Decision Making in Toxicology (Workshop), Society of Forensic Toxicologists Annual Meeting, Atlanta, GA, October 2015.

Analysis and Interpretation of GHB is Traditional and Alternative Matrices (Workshop), Society of Forensic Toxicologists Annual Meeting, Atlanta, GA, October 2015.

LC for the Forensic Toxicologist (Workshop), Society of Forensic Toxicologists Annual Meeting, Grand Rapids, MI, October 2014.

A Practical Approach to Calculating and Reducing Uncertainty of Measurement in the Laboratory (Workshop), Society of Forensic Toxicologists Annual Meeting, Grand Rapids, MI, October 2014.

Advanced Applications of Excel (Workshop), Society of Forensic Toxicologists Annual Meeting, Grand Rapids, MI, October 2014.

Novel Psychoactive Substances: Pharmacology, Toxicology, Psychiatry, and Case Reports (Workshop), American Academy of Forensic Sciences Annual Meeting, Seattle, WA, February 2014.

Root Cause Analysis (Workshop), American Academy of Forensic Sciences Annual Meeting, Seattle, WA, February 2014.

Designer Drug Detection in Forensic Toxicology (Workshop), American Academy of Forensic Sciences Annual Meeting, Seattle, WA, February 2014.

SWGTOX Standard Practices for Method Validation in Forensic Toxicology (Workshop), Society of Forensic Toxicologists Annual Meeting, Orlando, FL, October 2013.

Marijuana: Old Drug, New Data (Workshop), Society of Forensic Toxicologists Annual Meeting, Orlando, FL, October 2013.

Beyond the Numbers: An objective Approach to Forensic Toxicological Interpretation (Workshop), American Academy of Forensic Sciences Annual Meeting, Washington DC, February 2013.

Principles and Applications of Liquid Chromatography-Mass Spectrometry (Workshop), American Academy of Forensic Sciences Annual Meeting, Washington DC, February 2013.

Improving the Effectiveness of Forensic Service: Using the Foresight Project (Workshop), American Academy of Forensic Sciences Annual Meeting, Washington DC, February 2013.

Developments in Emerging Designer Drug Markets Project (Workshop), American Academy of Forensic Sciences Annual Meeting, Washington DC, February 2013.

Society of Forensic Toxicologists Annual Meeting, Boston, MA, July 2012.

American Academy of Forensic Sciences Annual Meeting, Atlanta, GA, February 2012.

Society of Forensic Toxicologists Annual Meeting, San Francisco, CA, September 2011.

American Academy of Forensic Sciences Annual Meeting, Chicago, IL, February 2011.

Society of Forensic Toxicologists Annual Meeting, Richmond, VA, October 2010.

American Academy of Forensic Sciences Annual Meeting, Seattle, WA, February 2010.

Society of Forensic Toxicologists Annual Meeting, Oklahoma City, OK, October 2009.

International Accreditation of Forensic Laboratories (Workshop), American Academy of Forensic Sciences Annual Meeting, Denver, CO, February 2009.

ISO/IEC 17025 2005 Section 5.4.6. Estimation of Uncertainty. Is Anyone Certain What This Means (Workshop), American Academy of Forensic Sciences Annual Meeting, Denver, CO, February 2009.

Chemstation Productivity (Workshop), American Academy of Forensic Sciences Annual Meeting, Washington DC, February 2008.

A Practical Approach to DUID Testing (Workshop), Society of Forensic Toxicologists Annual Meeting, Rayleigh/Durham, NC, October 2007.

Toxicological Analysis of Drug Facilitated Crimes (Workshop), Society of Forensic Toxicologists Annual Meeting, Rayleigh/Durham, NC, October 2007.

LC/MS (Workshop), T2007: International Council on Alcohol, Drugs, and Traffic Safety, The International Association of Forensic Toxicologists, and the 8th Ignition Interlock Symposium (IIS), Seattle, WA, August 2007

Standardized Field Sobriety Tests: Principles and Practice (Workshop), Society of Forensic Toxicologists Annual Meeting, Austin, TX October 2006.

California Association of Toxicologists Meeting, San Francisco, CA, June 2006.

Multidisciplinary Investigation of Impaired Drivers: The Role of Law Enforcement, Pathology, Toxicology, DNA and The Court, Southwestern Association of Toxicologists, Houston, TX, March 2006.

American Academy of Forensic Sciences Annual Meeting, Seattle, WA, February 2006.

Moot Court – Driving Under the Influence of Drugs and Alcohol Workshop and Scientific Meeting, California Association of Toxicologists Meeting, Anaheim, CA, June 2005.

Medical Conditions and DUI Investigation Workshop and Scientific Meeting, California Association of Toxicologists Meeting, Sacramento, CA, March 2005.

Anatomical, Pathological and Physiological  Foundations of Toxicity, American Academy of Forensic Sciences Annual Meeting, New Orleans, LA, February 2005.

Evidence Based Forensic Science: Interpreting Postmortem Toxicology in the Light of Pathologic Findings, American Academy of Forensic Sciences Annual Meeting, New Orleans, LA, February 2005.

Interpretive Toxicology and Drug Impaired Driving Workshop, Arizona Department of Public Safety, Phoenix, AZ, November/December 2004.

Selective Serotonin Reuptake Inhibitors Workshop and Scientific Meeting, California Association of Toxicologists Meeting, Tempe, AZ, September 2004.

Statistics and Method Validation, FBI Laboratory Symposium, Washington DC, August 2004.

Poisons and Poisoners: What a Toxicologist Needs to Know, FBI Laboratory Symposium, Washington DC, August 2004.

Overview of the Forensic Sciences, FBI Laboratory Symposium, Washington DC, August 2004.

Drug Facilitated Sexual Assault, FBI Laboratory Symposium, Washington DC, August 2004.

Annual Meeting of the Society of Forensic Toxicologists/International Association of Forensic Toxicologists, Washington DC, September 2004.

Exotic Drugs and Toxins Workshop, California Association of Toxicologists Meeting, Oakland, CA, March 2004.

Ephedrine: Drug or Supplement? Ephedrine Related Compounds and the Debate on Their Potential for Contribution to Injury, American Academy of Forensic Sciences Annual Meeting, Dallas, TX, February 2004.

Tryptamines and Other Psychotropic (Mind Altering) Substances: Analysis, Toxicology and Pharmacology, American Academy of Forensic Sciences Annual Meeting, Dallas, TX, February 2004.

Application of the Principles of Pharmacology and Pharmacokinetics to the Interpretation of Drug Blood Levels, American Academy of Forensic Sciences Annual Meeting, Dallas, TX, February 2004.

Drugs and Driving Workshop, California Association of Toxicologists Meeting, Culver City, CA, November 2003.

Preparation and Planning for Laboratory Accreditation by the American Board of Forensic Toxicology (Workshop), Society of Forensic Toxicologists Annual Meeting, Portland, OR October 2003.

Chemical, Biological and Nuclear Threat: Challenges for the Toxicologist (Workshop), Society of Forensic Toxicologists Annual Meeting, Portland, OR October 2003.

Feeling Blue? Antidepressant Workshop, Society of Forensic Toxicologists Annual Meeting, Portland, OR October 2003.

Alcohol Workshop, California Association of Toxicologists Quarterly Meeting, Santa Rosa, CA, August 2003.

Interpretive Toxicology Workshop, California Association of Toxicologists Quarterly Meeting, Albuquerque, NM, May 2003.

Clinical Chemistry and Forensic Toxicology – A Symbiotic Relationship in Death Investigation, American Academy of Forensic Sciences Annual Meeting, Chicago, IL, February 2003.

Quarterly Meeting, California Association of Toxicologists, Oakland, CA, February 2003.

Clinical and Biochemical Aspects of Alcoholism, California Association of Toxicologists Quarterly Meeting, Ventura, CA, November 2002.

<u>Driving Under the Influence of Drugs: Research to the Courts</u>, Society of Forensic Toxicologists Annual Meeting, Dearborn, MI October 2002.

<u>Club Drugs and Drug-Facilitated Sexual Assault</u>, Society of Forensic Toxicologists Annual Meeting, Dearborn, MI October 2002.

<u>The Effects of Drugs on Human Performance and Behavior,</u> Center for Studies of Law in Action, University of Indiana, March 2002.

<u>Is This Driver Impaired by Drugs?</u> American Academy of Forensic Sciences Annual Meeting, Atlanta, GA, February 2002.

<u>Central Nervous System Toxins: Biochemical Mechanisms and Physiological Consequences</u>, American Academy of Forensic Sciences Annual Meeting, Atlanta, GA, February 2002.

<u>Courtroom Presentation of Evidence</u>, California Association of Toxicologists Quarterly Meeting, Santa Barbara, CA, November 2001.

<u>Quarterly Meeting,</u> California Association of Toxicologists, Berkeley, CA, August 2001.

<u>Current Issues in Workplace Drug Testing</u>, California Association of Toxicologists Quarterly Meeting, San Diego, CA, May 2001.

<u>Advances in Toxicological Investigation of Drug-Facilitated Sexual Assault</u>, American Academy of Forensic Sciences Annual Meeting, Seattle, WA, February 2001.

<u>The Agony of Ecstasy: Clinical, Pathological and Toxicological Aspects of MDMA</u>, American Academy of Forensic Sciences Annual Meeting, Seattle, WA, February 2001.

<u>AAFS Toxicology Section Drugs and Driving Committee Current Topics: Drugs, Driving and Human Performance Testing</u>, American Academy of Forensic Sciences Annual Meeting, Seattle, WA, February 2001.

<u>Law Enforcement and Educator's Response to Ecstasy and Party Drugs</u>, United States Attorney's Office, District of New Mexico, May 2001.

<u>Forensic Applications of LC/MS at the Beginning of the 21st Century</u>, Society of Forensic Toxicologists Annual Meeting, Milwaukee, WI, October 2000.

<u>Benzodiazepines: Pharmacology and Analytical Challenges</u>, Society of Forensic Toxicologists Annual Meeting, Milwaukee, WI, October 2000.

<u>Marijuana: A Forensic Symposium</u>, Society of Forensic Toxicologists Annual Meeting, Milwaukee, WI, October 2000.

<u>Alcohol Impaired Driving</u>, California Association of Toxicologists Quarterly Meeting, Berkeley, CA, August 2000.

<u>Workshop on Rave Drugs,</u> California Association of Toxicologists Quarterly Meeting, Hollywood, CA, May 2000.

<u>Investigation of Drug-Facilitated Sexual Battery,</u> Society of Forensic Toxicologists Annual Meeting, Puerto Rico, October 1999.

<u>Drugs, Driving and Traffic Safety,</u> Society of Forensic Toxicologists Annual Meeting, Puerto Rico, October 1999.

<u>Pharmacology Reviews – Selected New Drugs,</u> Society of Forensic Toxicologists Annual Meeting, Puerto Rico, October 1999.

<u>FrontLine Leadership</u>, California Department of Justice, Division of Law Enforcement, Sacramento, CA, July-August 1999.

<u>The Effects of Alcohol and Drugs on Human Performance and Behavior</u>, New York State Police Academy, Albany, NY, July 1999.

<u>Workshop on LC-MS,</u> California Association of Toxicologists Quarterly Meeting, Culver City, CA, May 1999.

<u>Quality Assurance in the Laboratory</u>, FBI Academy, Quantico, VA, March 1999.

<u>QC, Method Validation and Linearity,</u> American Society of Clinical Pathologists, Burlingame, CA, March 1999.

<u>The Effects of Alcohol and Drugs on Human Performance and Behavior</u>, American Academy of Forensic Sciences, Los Angeles, CA, August 1998.

<u>Survey of the Forensic service</u>, California Criminalistics Institute, Sacramento, CA, October 1998.

<u>Mass Spectra, Theory and Interpretation,</u> California Criminalistics Institute, Sacramento, CA, October 1998.

<u>Workshop on Clinical Symptoms of Intoxication,</u> California Association of Toxicologists Quarterly Meeting, Irvine, CA, November 1998.

<u>Courtroom Presentation of Evidence</u>, California Criminalistics Institute, Sacramento, CA, August 1998.

<u>Forensic Applications of LC/MS</u>, Society of Forensic Toxicologists Annual Meeting, Salt Lake City, Utah, October 1997.

<u>The Pharmacology of Herbal Preparations</u>, Society of Forensic Toxicologists Annual Meeting, Salt Lake City, Utah, October 1997.

<u>New Concepts in Forensic Urine Drug Testing</u>, Society of Forensic Toxicologists Annual Meeting, Denver, CO, October 1996.

<u>The Science of Solid Phase Extraction</u>, Society of Forensic Toxicologists Annual Meeting, Denver, CO, October 1996.

<u>Emergency and Workplace Drug Testing</u>, American Association for Clinical Chemistry Annual Meeting, Chicago, IL, July 1996.

# AGREEMENT FOR
# CONSULTING SERVICES



*DR. SARAH KERRIGAN*


*FORENSIC TOXICOLOGIST*


9450 Pinecroft, #8166
The Woodlands, TX
77387

Telephone:
713-817-2229

## Client Information:

Name: _____

Address: _____

_____

_____

Telephone: _____

Fax: _____

Email: _____

## Description of Services to be provided to Client:

*Forensic Toxicology Consultation*

Case / Cause No: _____

Effective Dates: _____

Fees:              $400/hour

Payment Terms:    $4000 non refundable retainer due at time of agreement.

Balance due within 30 days of invoice

*Client* agrees to pay *Consultant* at the hourly rate indicated above.

## Client

_____

Signature

_____

Date

## Consultant

_____

Signature

_____

Date

## Sarah Kerrigan, PhD

- Jones vs Papa Johns, Sheehy Ware Pappas, Dallas, TX (2019) (Defendant)
- Kendrea Stephens vs. Group 1 Automotive Inc et al. in the United States District Court, Southern District of Texas Houston Division (2019) (Defendant).
- Freeman vs Nissan; In the US District Court, Norther District of Texas, Amarillo Division (2019) (Plaintiff)
- Estate of Robert Beal vs US Water Services and Darren Hinsley. Cause No P-7947-83-CV in the 83rd Judicial District, Pecos County Texas (2019) (Plaintiff)
- Jane Roe vs Orange County et al. Cause No RIC 1803575 in the Superior Court of Riverside, CA (2019) (Defendant)*
- Armendarez v Hyundai. Cause No D-101-CV-2017-03238 in the First Judicial District Court of New Mexico (2019) (Plaintiff)
- Gifford v Harley Davidson. Cause No. A-0201306 in the 58th District Court of Jefferson County, TX (2019) (Defendant)
- Sun vs Milobo LLC, City Council Restaurant and Bar et al. Case No DC-17-04710 in the 160th Judicial District, Dallas, TX (2019) (Plaintiff)
- Van Meter vs Briggs. Cause No. 1:18:CV-00970 in the US District Court for the District of New Mexico (2019) (Defendant)
- Shapiro v. Tariq Mehmood and Lyft, Inc. Cause No D-1-GN-18-006542,  Lewis, Brisbois, Bisgaard & Smith (2019) (Plaintiff)
- Cause No 2018-C117441; In the 166th Judicial District Court of Bexar County, TX. Mild et al vs Detman Logistics (2019) (Plaintiff)
- Allen vs Austin Wrench-A-Part, Snyders Enterprise Recycling. McCathern Law Firm (2019) (Plaintiff)
- Cause No 2018-35838; In the 157th Judicial District Court, Harris County, TX. Bueno vs Lopez and AllPro Machinery Movers (2019) (Plaintiff)
- Estate of Hunter Brown v Greyhound Lines., Inc (2019) Aldous Walker, Dallas, TX (Plaintiff)*
- US Coast Guard vs Justin Cooper (2019) Brown Sims, Houston, TX (Defendant)
- Roe vs County of Orange (2019) (Defendant)
- Gremillion and Brain vs. AEP Texas Central Company & Power Team Services. Jones, Galligan, Key and Lozano (2018) (Defendant)
- Estate of Douglas Beck (2018) (Defendant)
- Irwin/Alvarado vs. Molly McArdles. Royson Razor (2018) (Defendant)*
- Bednar vs Lantrip, Herrera's, Green Ribbon Enterprises et al. Law Offices of David Bryant (2018) (Plaintiff)*
- Sealy vs Tandem Lamarr Trucking & Excavating. Cause No 2017-19638 in the 113th Judicial District Court of Harris County, TX (2018) (Plaintiff)*
- Johnson vs. ShredPro Services and Neri Flores in the 125th Judicial District of Harris County. Brown Sims (2018)
- Estate of Gary Sturgill vs Cooper Tire in the 197th Judicial District Court, Cameron County. Johnson Trent & Taylor (2018) (Defendant)

- Cause No 2017-525-948; Rose Mendez and Aurelio Mendez vs. Texas Mutual Insurance Company; In the District Court of Lubbock County, Texas 237th Judicial District. Law Offices of John Gibson (2018) (Plaintiff)*
- Ward v. Travellers. Law Offices of John Gibson (2018) (Plaintiff)*
- Shiloh Dudley v. Steven Hawkins and Walkers Tavern. Sloan Law Firm, Houston, TX (2018) (Plaintiff)
- Dinelli vs SAMC (St. Alexium Medical Center). Hall Prangle and Schoonfeld (2018) (Defendant)
- Riordan (Decedent of Kay Moss-Freese) v. Rodney Lock D-202-CV-2016-0701 (2018) (Defendant)
- Rena Farley vs. Lakeside Place Gardens et al; in the 152nd District Court of Harris County. Brown Sims, Houston, TX (2018) (Defendant)
- Milburn v. Uber et al. Aldous Walker, Dallas, TX (2017) (Plaintiff)
- William Dry vs Means, Garden Valley Resort, Love and War in Texas (2017) (Defendant)
- Monroe vs Central Texas Refuse, Martin, Disiere, Jefferson & Wisdom, LLP (2017) (Defendant)
- Kyle Lollar vs. Susan Hong, Shea and Shea, CA (2017) (Plaintiff)*
- Patricia Cheatham v. Denver International Spine Center, Hall Prangle Schoonveld (2017) (Defendant)
- Bobby Crawford vs. Slough Equipment Co and Jacob Michael Woods. Cause No B-16-06-0577-CV in the 161st Judicial District Court. Sutliff and Stout, Houston, TX (2017) (Plaintiff)
- Fish v. Big Spring Spa et.al. Ochs Law Firm, Casper, WY (2017) (Plaintiff)
- Estate of Juan Manuel Madrid, Jr. in the 394th Judicial District Court of Culberson County, TX. Law Offices of Daniela Labinoti, El Paso, TX (2017) (Plaintiff)
- Cause No 2015-27067; Briers v. Hormann, III in the 152nd Judicial District Court, Harris County, TX. Doyle Restrepo, Harvin & Robbins (2016) (Plaintiff)
- John Doe, individually and as next friend of John Doe, Jr., a minor vs. The Episcopal School of Dallas, Inc, Merdith Cole, Jeffrey Laba and Donna Hull. Cause No DC—15-04152. Touchstone Bernays, Attorneys at Law, Dallas, TX (2017) (Defendant)*
- Nava vs. Espinosa, Kent Chambers (2017) (Defendant)
- Shelley Allen, et al. v. Mater Bar Corporation d/b/a/ Chiquita's Bar, et al. (2017) (Defendant)
- Wenzel vs Lyft, Lewis, Brisbois, Bisgaard & Smith (2017) (Defendant)
- Amdall vs Atrium Windows and Doors, Inc (2016) (Defendant)
- Nicole LeBlanc v JNS Logistics et al in the 61st Judicial District Court of Harris County, Texas (2016) (Plaintiff)
- State vs Cooper, Montgomery Co. TX (2016) (Prosecution)*
- Cause No D-506-CV-2016-00128 - Matta vs Cimarron, Inc. (2016) (Defendant)
- Ford v Diamond Pharmacy et al. Olan Boudreaux. The Boudreaux Law Firm, Houston TX (2016) (Defendant)
- Kinder Morgan Marine Services Exoneration from Liability (Jerry Hooper fatality). Alan Teague, Galloway, Thompson, Burr and Smith, Houston TX (2016) (Defendant)
- Refugio Hernandez vs L&J Services. Marvin Romero, Fadduol, Cluff, Hardy & Conway PC, Albuquerque NM (2016) (Plaintiff)
- Katherine Elizabeth Gannon v. Cash, Trittel and Walgreens in the 127th Judicial District Court of Harris County, TX. Phil Griffis, The Law Office of Phill Griffis, Houston TX (2016) (Defendant

- Volter, Bean et al. vs Avalanche Food Group, et al. Heather von Sternberg, Preiss PLC (2016) (Defendant)
- Cause No 2: 14-CV-00380-LAM-GBW; Rosa Vubia et al v. Denver City Police Department in the US District Court for the District of New Mexico, Las Cruces Division. Melinda Hamm, Cotton Bledsoe Tighe & Dawson PC, Midland, TX (2016) (Defendant)
- Joanne Hernandez as next friend of John Coca, Jr. v. North Enterprises, LLC d/b/a King Fuels Food Store; in the 215th Judicial District Court, Harris County, TX. MacDonald Devin, Dallas, TX (2016) (Defendant)
- Cause No 35681 in the District Court of Washington County Texas 335th Judicial District Jeremy McGill vs. Skylar Schulz. Walters, Balido and Crane, Houston TX (2016) (Defendant)
- Byron Barefield vs. Diamond State Insurance Company, Cause No 4:15  CV-00891 in the United States District Court for the Southern District of  Texas, Houston Division. Galloway, Johnson, Tompkins, Burr & Smith, Houston TX (2015) (Defendant)
- Zukanovic and Alinanovic vs. Loves Travel Stops. Hartline Dacus Barger Dreyer Corpus Christi TX (2016)
- Tina Haynie vs. Outdoor Conference. Hartline Dacus Barger Dreyer Corpus Christi TX (2016)*
- Sanchez vs. Meyer and Meyer Investments. Moore, Landrey, Beaumont, TX (2016)
- Estate of Stephen Escareno vs. Cetco Energy Services Co. Royston Rayzor Corpus Christi TX (2016)
- Santos Narvaez vs. North Tarrant Infrastructure. Sheehy Ware and Pappas Dallas TX (2016)
- Stephen Johnson vs. Marriott Hotels. Cause No 15-06-05970. Higier Allen and Lautin, Dallas TX (2016)
- Cause No 14-06-53266-CV. Andrew Evins vs. Freer Volunteer Fire Department in the 79th Judicial District Court of Jim Wells County TX. Brin and Brin Corpus Christi TX (2016)
- Williams vs. Moore, MD. Cause No 2014-01621. Johnson Trent, Houston TX (2015)
- Roberts Richard vs. Austin Oaks. Thornton, Biechlin, Reynolds and Guerra San Antonio TX (2015)
- Benjamin, Vana, Martinez and Bigs, San Antonio TX (2015)
- Cause No 2014-03659. Farrah Clevendger vs. Big Texas Dance Hall in the 295th District Court of Harris County Texas. Oldenettel and McCabe, Houston TX (2015)
- Cause No 2014-CI-08346. Oldenettel and McCabe, Houston TX. Charles Noll vs. Francis Drilling Fluids in the 407th Judicial Court, Baer County (2015)
- Baraglia vs. Rush University Medical Center. Hall, Prangle and Schoonveld, Chicago, IL (2015)
- Varela vs. Kenan. Carrel and Hicks Dallas TX (2015)
- Cause No 35681 in the District Court of Washington County Texas 335th Judicial District Jeremy McGill vs. Skylar Schulz. Walters, Balido and Crane, Houston TX (2016)
- Estate of Jason Jackson vs. Muhammad and Ansari. Ogden, Gibson, Broocks, Longoria and Hall, Houston TX (2016)
- Cause No. 2015-17016; Christyna Johnson and Maria Henriquez v. Mak's Place, LLC. Bergquist Law Firm, Houston TX (2015).
- Byron Barefield vs. Diamond State Insurance Company, Cause No 4:15  CV-00891 in the United States District Court for the Southern District of  Texas, Houston Division. Galloway, Johnson, Tompkins, Burr & Smith, Houston TX (2015)

3

- Cause No DC-13-13245. Brown and Jackson vs. Beamers Private Club et al. Aldous Walker, Dallas, TX (2015).*
- Cause No 2014-39654. Magallanez vs. Centrepoint Energy Resources Corp. and Mackenroth Properties Inc in the 189th Judicial District Court, Harris County, Texas (2015).
- Husch Blackwell, Austin, TX (2015) [TMB]
- Cause No 14CR0611/14CR0612. State of Texas vs. Callie Renee Inman in the 56th District Court of Galveston County, Texas. The Jones Law Firm, Houston, TX (2015).
- Harding and Associates PC, Denver, CO (2015).
- Kane, Russel, Coleman & Logan (Karin Zaner), Dallas, TX (2015).
- Cause No CV-130734; Purswell v Indeco Sales Inc and Jerome Wright. 253rs Judicial District, Liberty County, TX. Strong, Pipkin, Bissell & Ledyard, LLP, Beaumont, TX (2014).*
- Hunt Law PC. Roswell, NM (2014) Re: Leadingham.
- Sedighan v Luchman. Superior Court of California for the County of Los Angeles. Law Offices of David Drexler, Los Angeles, CA (2014).
- Estate of Gabriela Amador/Miriam Garcia v. Jiminez & Rivera. Inc. in the 334th Judicial District Court of Harris County, TX (2014). Galloway, Johnson, Tompkins, Burr & Smith, Houston, TX.
- Estate of Katrina Collins et. al. v. Manheim Remarketing Inc., Cruser, Mitchell & Gaston, LLC, Indianapolis, IN (2014).
- Bruce Loggins v Ingalls Memorial Hospital, et al. Court No 07L 5314. Anderson, Rasor and Partners LLP, Chicago, IL (2014).
- Kane, Russel, Coleman & Logan (Karin Zaner), Dallas, TX (2014).
- Cause No. D-820-CV-2013-00146. Heritage Trust Company of New Mexico; personal representative of the estate of Julian Valera v Amrest LLC dba Applebees neighborhood bar and grill. Eighth Judicial District Court, Sate of New Mexico, County of Taos (2014).
- Cause No 28831. Cook v Dynamic Systems, Inc in the 335th Judicial Court of Bastrop County, Texas (2014). Doyle, Restrepo, Harvin & Robbins, LLP, Houston, TX. *
- Cause No. C-1289-12H; Cesar Moya vs. Westfreight Systems, Inc in the 389th District of Hidalgo County, Texas (2014). Royston, Rayzor, Vickery & Williams, LLP, Corpus Christi, TX.
- Cause No A-13683072C. Shoebe v. Healthsouth Rehabilitation Hospital, NV (2014).
- Cause No. A2402-1344. Hernandez v. Lillian Lee dba The Bucket Bar. Paige, Kruger and Holland (2014).
- Cause No. 2013-08009; Bill Gonzalez and Rosenda Gonzales vs. Hoot County Saloon in the 215th Judicial District Court of Harris County, Texas (2014).
- Cause No. 2012-50866; Marcelino J. Rodriguez and Rodriguez Howell Gurvis Martin. 133rd District Court, Harris County, TX. Law Offices of Kilpatrick, White and Deas, Houston, TX (2013).
- Cause No 2011CCV-61227-1; Arturo De Los Santos v. Elliott Leavell, et al. County Court at Law No. 1, Nueces County, TX. Royston Rayzor, Corpus Christi, TX (2013).
- Kane, Russel, Coleman & Logan (Karin Zaner), Dallas, TX (2013).
- Cause No. 12-CV-1837. Magurn v. Cogen. 122nd Judicial District Court of Galveston County, TX. Galloway, Johnson, Tompkins, Burr and Smith, Houston, TX (2013). *
- Shoaf v. Vinson Farms. Phillips, Parker, Oberson and Arnett, Louisville, KY (2013).

- In the matter of Benjamin Joseph LeBoeuff, Sr. 23rd Judicial District Court, Parish of Ascension, LA. Law Offices of Olan Boudreaux, Houston, TX (2013).
- Pringle v. South Texas Outfitters et al., Sommerman and Quesada, Dallas, TX (2013).
- Ralph Friedman III, Estate of Ralph Friedman Jr., deceased v. Julia Blackwell et al. Pulaski County Circuit Court No 60CV 2010-4936. Wright, Lindsey and Jennings, AK (2012).
- Fitzwilliam v. Lariat Services et. al. Cause No. P11CV030. Unites States District Court for the Western District of Texas, Pecos Division. Ray, Valdez, McChristian and Jeans, El Paso, TX (2012). *Methodist Hospital, Oscar de la Rosa Law Firm, Houston, TX (2012).
- Ralph Friedman III, Estate of Raph Friedman Jr., deceased v. Julia Blackwell et al. Pulaski Circuit Court No 60CV 2010-4936. Wright, Lindsey & Jennings, Little Rock, AK (2012).
- Cathleen Marton et al v. Amit Verma MD and Howard Derman MD in the 56th Judicial District Court of Galveston County, Texas (2011).
- McKenzie Tank Lines, Inc., Lawrence McCoy-decedent. Lorrance & Thompson, Houston, TX (2011).
- Cause No. 2010-33383 Tracy Lynn Sheets v. Get Lucky, LLC dba Lux Nightclub and Alex Taylor Ford in 234th District Court of Harris County (2011).
- Cause No. D-202-CV-2008-06203/D-202-CV-2008-00253; Estate of Marvin Garcia v. Micah Lee Henry, Macdonald LLC. State of New Mexico, County of Bernalillo, Second Judicial District (2009).
- Cause No 1196886 & 1196887: State of Texas v. Ineka Marble. 180th Judicial District Court of Harris County, Texas (2009).
- Cause No. D-412-CV-2007-00034; Estate of Gonzales v. Ever-Ready Oil Co, Lovato; U.S. Airways; Giant Four Corners. State of New Mexico, County of San Miguel, Fourth Judicial District [Dana Pabst] (2009).
- National Football League (NFL); Players representative; Player's names not to be disclosed. B-Sample Observation, Philadelphia, PA (2009).
- Robert J. Flinn vs. Thomas Edward Morris; 157th Judicial District Court, Harris County, TX (2009). Cause No. 200777700. Walters Balido and Crain.
- Cause No. 7:02-CV-0291 (James); 7:03-CV-004-KA (Williams); 7-03-CV-005-KA (Huggins); 7:03-CV-006-R (Miller); 7:03-CV-008 KA (Vanderburg); 7:03-CV-009-KA (Rector); 7:03-CV-0022-KA (Jackson); 7:03-CV-0042-KA (Reid) in the United States District Court for the Northern District of Texas, Wichita Falls Division. Martin Law Firm, Carlsbad, NM (2007-2008). [Vickie Dawn Jackson].
- Marissa Keene (death investigation) for Laredo Police Department (2008).
- Victor Manuel Cardona Alvarado v. Super Star Metal Buildings, Inc. in the 129th Judicial District Court of Harris County, Texas. Thomas and Wan, Houston, TX (2008).
- Britain v. National Oilwell Varco. Sommerman & Quesada, Dallas, TX (2008).
- O'Brien v. Hush. Eggleston & Briscoe, Houston, TX (2008).
- Re: Roy Adams. The Schaffer Law Firm, Houston, TX (2008).
- Mabry and Kidd v. Jim Smith Contracting. Phillips, Parker, Oberson & Moore, Louisville, KY (2008).
- Todd Harris v. Sugar Land Surgical Hospital, Berry & Randall, Dallas, TX. (2008).

- Blanco v. Master Tile et al., 189th District Court of Harris County. Goodwin, Pappas, Ronquillo, Houston, TX (2007-2008).
- State of Texas v. Johnson in the District Court of Harris County, TX. DeGuerin, Dickson & Hennesy, Houston, TX (2007).
- National Football League (NFL); Players representative; Player's names not to be disclosed. B-Sample Observation SMRTL, Salt Lake City, UT (2007).
- Mendez et al. v. Cattle Barron Restaurants in the United States District of New Mexico.  Scott, Hulse, Marshall, Feuille, finger and Thurmond, El Paso, TX (2007).
- National Football League (NFL); Players representative; Player's names not to be disclosed. B-Sample Observation UCLA Olympic Laboratory, Los Angeles, CA (2007).
- State of Texas v. Shelton, 339th Criminal District Court of Harris County, TX. Harris County District Attorney's Office, Houston, TX (2007).
- State of Texas v. Sutphin in the District Court of Harris County, TX. Laine Lindsey, Attorney at Law, Houston, TX (2007).
- Balachandran minors v. Robert Roy Lynn, Jr., 80th Judicial District Court of Harris County, TX, The Camberg Law Firm, Houston, TX (2007).
- Re: Maldonado. The Camberg Law Firm, Houston, TX (2007).
- People v. Svenstrup. Office of The State's Attorney, DuPage County, IL, (2006-2007).
- City of Montgomery, AL v. Dwight Long. Greenberg Traurig Law Firm, Atlanta, GA (2006-2007).
- State of Texas v. Gilliand. DeGuerin in the District Court of Harris County, TX. Dickson & Hennesy, Houston, TX (2006-2007).
- Nicholas v. Boyd et al., United States District Court for the District of Colorado. Office of the Attorney General, State of Colorado, Denver, CO (2006-2007).
- Liburd v. Donald Finnie Williams, County Civil Court, Harris County, TX. Lewis & Williams, Galveston, TX (2006-2007).
- State of Texas v. Elden Carter, Criminal District Attorney, Brazoria County, TX (2006-2007).
- Ziemba v. State of IL. Law Offices of Krejci & Kayne, Napperville/Chicago, IL (2006).
- State of Texas v. Kennedy in the 338th District Court of Harris County, TX. Laine Lindsey, Attorney at Law, Houston, TX (2006).
- National Football League (NFL); Players representative; Player's names not to be disclosed. B-Sample Observation UCLA Olympic Laboratory, Los Angeles, CA (2006).
- Robbie Dyess v. Howard Hayson et al. Bayshore Medical Center and Bayshore CHCA Bayshore LP in the 157th District Court of Harris County, TX. Cruse, Scott, Henderson & Allen, Houston, TX (2006).
- Re: Christopher Wills. Fisher Investments, Woodside, CA (2006).
- Re: Matthew Schinnell. Amaro Law Office, Coeur D'Alene, ID (2006).
- Shoup/Toth v. Iron Mountain et al. Jennings. Strouss & Salmon, Phoenix, AZ (2005-2006).
- Tamara Horton/Danny Wayne Horton v. Nelson's Quality Construction, Inc. McMahon, Surovic, Buhrmann, Hicks, Gill & Cannon, Abilene, TX (2005).
- Re: Kimberley Sizemore. Baker & Zbranek, Liberty, TX (2005).
- United States v. Jeffrey Cross. United States Attorney, District of Arizona (2004-2005).
- Re: Betty Ann Garcia. Damon B. Ely, Albuquerque, NM (2005).

- State of Texas v. Vickie Dawn Jackson, Montague County District Attorney's Office, TX (2005).
- State of New Mexico v. Christopher Martinez. First Judicial District County of New Mexico. First Judicial District Attorney's Office, Santa Fe, NM (2004-2005).
- Palacios v. Casino San Pablo, Alameda County Superior Court. Selman Breitman, San Francisco, CA (2004-2005).
- Re: LifePoint. Michael Khoury, Rancho Palos Verdes, CA (2005).
- Re: Calden Santiago. Leavit, Yaman & Soldner, Honolulu, HI (2005-2006).
- Conrad v. Kalitta et al. Helmkamp Ellis, Abraham & Demopoulos, Livonia, MI (2005).

* Indicates deposition or trial testimony